UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| MIKE GAVANDA and GARY LARSON, as Trustees of the Painters and Allied Trades District Council No. 82 Health Care Fund; JOHN BOSQUEZ and GARY LARSON, as Trustees of the Minneapolis Local 386 Drywall Finishing Industry Pension Fund, Minneapolis Painting Industry Pension Fund, Minneapolis Painting Industry Vacation and Holiday Fund; MICHAEL GAVANDA and JAMES SMALLEN, as Trustees of the Minnesota Finishing Trades Training Fund; and each of their successors, JEFF JEWETT and JOHN NAKASONE, as Trustees of the St. Paul Painting Industry Pension Fund, St. Paul Painting Industry Vacation Fund; and each of their successors,<br><br>Plaintiffs,<br><br>v.<br><br>VETERAN PAINTING OF FOREST LAKE, INC. AND CHAD A. SOLHEID, individually,<br><br>Defendants. | Civil No. 06-1240 (JRT/FLN)<br><br>**ORDER FOR DISMISSAL** |

Amanda R Cefalu**, MCGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHTD**, 800 Nicollet Mall Suite 2600, Minneapolis, MN 55402, for plaintiff.

The above-entitled case comes before the Court upon the plaintiff's notice of dismissal without prejudice (Docket No. 11), in accordance with Fed. R. Civ. P. 41(a)(1). No answer or other pleading has been filed in this case.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's claims in this action are **DISMISSED WITHOUT PREJUDICE**.

DATED: July 27, 2006
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge